IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BOBBY RAY DYER, JR.              :
                                 :
            Plaintiff,           :
                                 :
      VS.                        :      CIVIL ACTION NO. 5:07-CV-205 (CAR)
                                 :
BALDWIN STATE PRISON,            :
                                 :
            Defendant.           :      **ORDER**
_____:

      Plaintiff **BOBBY RAY DYER, JR**, an inmate at Baldwin State Prison in Hardwick, Georgia,   sent the United States District Court for the Northern District of Georgia a letter.  That Court construed the letter as a 42 U.S.C. § 1983 action and transferred the same to this Court.

      Plaintiff failed to present his claims on the standard 42 U.S.C. § 1983 forms required by the Court.  Additionally, plaintiff did not pay the required $350.00 filing fee or submit a request to proceed *in forma pauperis*.

      Therefore, in an Order dated June 5, 2007, the Court ordered plaintiff to complete a 42 U.S.C. § 1983 form (which the Court provided) and either submit the $350.00 filing fee or submit a request to proceed *in forma pauperis* along with a certified copy of his trust fund account.  The Court gave plaintiff until June 29, 2007 to comply with the Order and informed him that failure to comply would result in dismissal of his action.

      Plaintiff has failed to respond to the Court's Order.  Plaintiff has not submitted the standard 42 U.S.C. § 1983 form; nor has he paid the filing fee or submitted a request to proceed *in forma pauperis*.  Because of his failure to comply with the Court's instructions, plaintiff's action is hereby **DISMISSED WITHOUT PREJUDICE**.

      **SO ORDERED**, this 10th day of August, 2007.


                              S/ C. Ashley Royal
                              C. ASHLEY ROYAL
                              UNITED STATES DISTRICT JUDGE


lnb